People v Person (2024 NY Slip Op 06216)

People v Person

2024 NY Slip Op 06216

Decided on December 11, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 11, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ROBERT J. MILLER, J.P.
WILLIAM G. FORD
LAURENCE L. LOVE
DONNA-MARIE E. GOLIA, JJ.

2020-01972
 (Ind. No. 1977/14)

[*1]The People of the State of New York, respondent,
v
Evan Person, appellant.

Patricia Pazner, New York, NY (David P. Greenberg of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Keith Dolan of counsel; Lauren Slattery on the brief), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Kings County (Laura R. Johnson, J.), rendered February 13, 2019, convicting him of attempted assault in the second degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant's contention that the final orders of protection issued at the time of sentencing should be vacated because the Supreme Court failed to state on the record its reasons for issuing those orders (see CPL 530.13[4]; People v Moncrieft, 168 AD3d 982, 985) is unpreserved for appellate review (see CPL 470.05[2]; People v Nieves, 2 NY3d 310, 316-318; People v Colon, 204 AD3d 938; People v Rivera-Hernandez, 200 AD3d 721, 722). Under the circumstances, we decline to reach the issue in the exercise of our interest of justice jurisdiction (see People v Colon, 204 AD3d at 939; People v Rivera-Hernandez, 200 AD3d at 722; People v Hagood-Fulson, 193 AD3d 973, 973). "[T]he better practice—and best use of judicial resources—is for a defendant seeking adjustment of [final orders of protection] to request relief from the issuing court in the first instance, resorting to appellate courts only if necessary" (People v Nieves, 2 NY3d at 317; see People v Colon, 204 AD3d at 938; People v Rivera-Hernandez, 200 AD3d at 722).
MILLER, J.P., FORD, LOVE and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court